**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 316 EAL 2020

          Respondent                     :
                                               :

                                               :   Petition for Allowance of Appeal
                                               :   from the Order of the Superior Court

          v.                            :
                                               :

VERNON BENNETT,                       :
                                               :

            Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.